CEREAL PRODUCTS, INC., Appellant, *v.* THE GREATER NEW YORK INDUSTRIES, INC., Respondent.

Argued January 11, 1949; decided February 24, 1949.

*Saul B. Bradie* and *William F. Wund* for appellant.
*Abraham Rotwein* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN M. DUNN and DANIEL GENTILE, alias DANNY BROOKS, Appellants.

Reargued December 1, 1948; decided February 24, 1949.